# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 301 |
| | : | |
| APPOINTMENT TO THE DISCIPLINARY | : | DISCIPLINARY BOARD APPOINTMENT |
| BOARD OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2018, Andrew J. Reilly, Esquire, Delaware County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term of three years, commencing September 1, 2018.